IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.                                              4:07CR00227 WRW

CHERYL ANN VICKERS                                                            DEFENDANT

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 19th, 2007, this Court entered a Amended Preliminary Order of Forfeiture, ordering defendant to forfeit her interest in the following:

**Money Judgment:**

A sum of money in the amount of $ 1,364,879.39 in United States Currency, representing the amount of proceeds derived from the scheme to defraud.

**Personal Property:**

a.  One Bad Boy, All Terrain Vehicle and;

b.  One Antique Buffet

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

-1-

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 27th day of December, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE