IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                       4:07CR00227-01-WRW

CHERYL ANN VICKERS

## AMENDED JUDGMENT & COMMITMENT

The Judgment and Commitment filed in this case on December 13, 2007, is amended to reflect the following:

On page 6 of the Judgment & Commitment, the forfeiture section should be as follows:

> The defendant shall forfeit all items listed in the Amended Preliminary Order of Forfeiture dated October 19, 2007, to include a money judgment of $1,364,879.39, one Bad Boy All Terrain Vehicle and one Antique Buffet.

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 11th day of January, 2008.

                                                              /s/ Wm. R.Wilson,Jr.
                                                  UNITED STATES DISTRICT JUDGE